UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DANIEL VAZQUEZ ARROYO,<br><br>    Defendant. | )<br>)  CASE NO. MJ22-430<br>)<br>)<br>)<br>)  DETENTION ORDER<br>)<br>)<br>) |

Offenses charged:

   1. Conspiracy to Distribute Controlled Substances

Date of Detention Hearing:    September 14, 2022.

      The Court, having conducted a detention hearing pursuant to 18 U.S.C. §3142(f) and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

DETENTION ORDER
PAGE -1

## FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1.  Defendant has been charged with a drug offense, the maximum penalty of which is in excess of ten years. There is therefore a rebuttable presumption against defendant as to both dangerousness and flight risk, under 18 U.S.C. § 3142(e). The government alleges that Defendant was arrested in a motel room with 15 pounds of suspected methamphetamine, one kilogram of powdered fentanyl, hundreds of fentanyl pills, and several thousand dollars in cash.

2.  Defendant poses a risk of flight because he has no ties to this District, is a citizen of Mexico, and has extensive ties to Mexico because his wife, three children and parents reside there. Defendant is a danger to the community based on the nature of the alleged offense. Defendant was not interviewed by Pretrial Services, so his background information is unknown or unverified. Defendant has no release plan and does not contest detention at this time.

3.  There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1.  Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2.  Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3.  On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a

DETENTION ORDER
PAGE -2

court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Probation Services Officer.

DATED this 14th day of September, 2022.

*S. Kate Vaughan* (signature)
S. KATE VAUGHAN
United States Magistrate Judge

DETENTION ORDER
PAGE -3